39977. WHEAT v. FRAKER.

DECIDED FEBRUARY 7, 1963.

*J. Paxson Amis,* for plaintiff in error.
*McCamy, Minor & Vining, John T. Minor, III,* contra.
EBERHARDT, Judge:

"Foul, foul play," the defendant cried;
"That I by kinsman be not trammelled,
Let the issue again be tried
Before another jury impanelled.

Remember how from John at Runnymede
The Charta was forced and wrested

That no matter what the issue or the deed
    By my peers it must be tried and tested.
With juror mine adversary durst
    Try the cause, whose wife is second cousin to my wife
And to plaintiff's wife a first.
    A new trial, sire, I demand to settle strife."

"No foul play do I find or see,"
    The judge replied. "Foreman's wife to thine
And to plaintiff's wife may kinsman be,
    But to Doug and thee no kinship do I find.[1]

Thus, it doth not appear
    For any cause or reason told
That the juror was not thy peer
    The case to try and verdict mold.

Moreover, when kinships we sought to learn
    It doth not appear that as best befits
One who would a kinsman spurn
    Thou revealedst that 'cousin' did on the panel sit.[2]

Thy day in court thou hast had,"
    The judge asserted, "and law commands
That, no error made, whether good or bad,
    The issued tried and settled stands."
*Judgment affirmed. Felton, C. J., and Russell, J., concur.*

---

[1]"The groom and bride each comes within
The circle of the other's kin;
But kin and kin are still no more
Related than they were before."

*Central R. & Bkg. Co. v. Roberts*, 91 Ga. 513, 517 (18 SE 315); *Garrett v. State*, 203 Ga. 756, 768 (5) (48 SE2d 377); and see *Everett v. Culberson*, 215 Ga. 577 (8) (111 SE2d 367); *Smith v. State*, 2 Ga. App. 574 (59 SE 311).

[2]See *Jennings v. Autry*, 94 Ga. App. 344 (5) (94 SE2d 629); *Joyner v. State*, 208 Ga. 435 (2) (67 SE2d 221).